IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )   CRIMINAL ACTION NO.
     v.                     )      2:22cr53-MHT
                            )           (WO)
JUAQUAVIOUS LAKEITH MOORER  )
```

SUPPLEMENTAL ORDER ON
TREATMENT-RELATED CONDITIONS OF SUPERVISED RELEASE

In accordance with and in addition to the conditions of supervision in the amended judgment of conviction entered on July 26, 2022, it is ORDERED that, upon commencement of supervised release, the United States Probation Office shall arrange for defendant Juaquavious Lakeith Moorer to receive mental-health treatment in accordance with the recommendations of Dr. Adriana L. Flores and Dr. Holly Kaufman.  *See* Psychological Evaluation (Doc. 41-2) at 24-25.  Specifically, the Probation Office shall arrange for defendant Moorer to receive (1) a psychiatric consultation to address treatment of his PTSD, depression, and anxiety; and (2) individual

trauma-focused psychotherapy, at least twice a month, to address defendant Moorer's PTSD symptoms.

It is further ORDERED that, on or before September 9, 2022, the Probation Office is to file a report regarding the status of defendant Moorer's mental-health treatment.

DONE, this the 26th day of July, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE