IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )        2:22cr53-MHT
                            )            (WO)
JUAQUAVIOUS LAKEITH MOORER  )
```

ORDER

The supervising probation officer having orally informed the court today that there is no objection, it is ORDERED as follows:

(1) Defendant Juaquavious Lakeith Moorer's motion to modify conditions of supervised release (Doc. 57) is granted.

(2) Defendant Moorer is relieved of the obligation to comply with special condition # 4 in the amended judgment (Doc. 52):

> "The defendant shall participate in the Location Monitoring Program and shall comply with the conditions of home detention, which will be monitored by a location monitoring system determined by your probation officer, for a period of eight months. The defendant shall wear (a) location monitoring device(s) and follow the monitoring procedures specified by his probation officer. The

>     defendant shall pay all costs of the
>     program based upon his ability to pay as
>     determined by his probation officer."

DONE, this the 17th day of January, 2023.

                                     /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE